IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RALPH SMITH, )
)
    Plaintiff, )
v. ) Civil Action No. 3:21-cv-721–HEH
)
ROBERT WILLIAMS, )
)
    Defendant. )

**MEMORANDUM OPINION**
(Dismissing Action Without Prejudice)

By Memorandum Order entered on November 24, 2021 (ECF No. 3), the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if relocated or if he was released. On February 9, 2023, the United States Postal Service returned a January 31, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently had relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/
                                      Henry E. Hudson
Date: March 27, 2023         Senior United States District Judge
Richmond, Virginia